MATTER OF DURYEA *et al.*, executors, etc., appellants, v. MESSENGER *et al.*

*Release under seal — effect of.*

The respondent, legatees under the will of appellants' testator, executed and delivered to appellants as executors, in consideration of a part of the amount of their legacy, a release thereof under seal. *Held*, that thereby respondents extinguished their claim against the estate. *Stearns* v. *Tappin*, 5 Duer, 294.

APPEAL from a surrogate's decree on final accounting.

*J. H. K. Blauvelt*, for appellants.

*A. A. Demarest*, for respondents.

BARNARD, P. J.

The only matter of importance passed upon in the opinion is fully set forth in the head-note.

*Decree reversed.*